UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRENDA A. BEACHER,

       Plaintiff,     **ORDER**
                  CV 05-1625 (TCP)(ARL)
  -against-

THE ESTATE OF FRED M. BEACHER, et al.,

       Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

   Before the court is the defendants' February 7, 2007 letter application seeking an order compelling the plaintiff to respond to their demand for the production of documents dated December 21, 2006 and to extend the February 23, 2007 discovery deadline so that the depositions of Mr. and Mrs. Beacher may be taken. The application is unopposed.

   While the defendants do not state how much additional time they need, a forty-five day extension should allow ample time for the items identified as outstanding as well as any follow-up. Thus, the deadline for the completion of all discovery is extended through **April 9, 2007**. Any party seeking to make a dispositive motion shall take the first step in the motion process by **April 23, 2007.** The parties shall refer to the individual rules of District Judge Platt in this regard. The final conference before the undersigned is adjourned to **May 14, 2007** at **11:30 a.m.** The parties shall electronically file their proposed joint pretrial order in advance of the final conference.

Dated: Central Islip, New York     **SO ORDERED:**
    February 20, 2007

            _____/s/_____
            ARLENE R. LINDSAY
            United States Magistrate Judge